SOPHIA GILBERT, Respondent, *v.* JOSEPHINE MATTHEWS et al., Defendants.

OSCAR HEIMSTADT, Appellant.

*Gilbert* v. *Matthews*, 131 App. Div. 902, affirmed.
(Submitted January 5, 1916; decided January 25, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1909, which affirmed an order of Special Term directing the purchaser at a partition sale to complete his purchase. The action was brought to partition and sell certain premises of which one Charles Stratton died seized and possessed, intestate. Decedent had a brother John who, it is alleged, disappeared more than fifty years prior to the commencement of the action. The appellant herein rejected title upon the ground that proper proof of the death of John Stratton intestate and without issue had not been made.

*Morris Grossman* for appellant.

*George J. Gillespie* and *Timothy A. McCarthy* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.